# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Florin Vicas, | No. CV-26-01706-PHX-SPL (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Pamela Bondi, et al., | |
| Respondents. | |

Petitioner Florin Vicas, who is represented by counsel, filed a Petition for Writ of Habeas Corpus Under § 2241 (Doc. 1).[1]  The Court will require Respondents to answer the Petition.

**I.    Petition**

Petitioner is a citizen of Romania who entered the United States on March 7, 2002. One year later, he was granted asylum.  On June 8, 2015, the United States Citizenship and Immigration Services issued him a notice to terminate his asylum status because it was alleged that his asylum claim was fraudulent.  The same day, he was issued a Notice to Appear.  Petitioner contested the fraud allegation, however on April 9, 2020, his asylum status was terminated, all forms of relief were denied, and he was ordered removed to Romania.  Petitioner appealed the Immigration Judge's (IJ) findings.

---

[1] In addition to his Petition, Petitioner also filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2).  Because the Court is directing Respondents to promptly answer the Petition, the Court finds Petitioner is not entitled to preliminary relief at this juncture.  Therefore, the Court will deny the Motion without prejudice.

TERMPSREF

On August 22, 2025, Petitioner was arrested by Immigration and Customs Enforcement agents.[2] The same day, Petitioner requested a bond hearing. The bond was denied because the IJ found Petitioner a danger and a flight risk. Petitioner appealed the bond denial and the appeal remains pending.

On October 23, 2025, the Board of Immigration Appeals (BIA) dismissed Petitioner's direct appeal regarding his removal. Petitioner filed an appeal with the Ninth Circuit Court of Appeals that remains pending as well.

On January 20, 2026, Petitioner filed a Motion to Reopen his matter with the BIA based on new evidence. On February 12, 2026, Petitioner also requested a custody redetermination based on new evidence. This request was denied. Petitioner appealed the Immigration Judge's denial and the appeal remains pending.

Petitioner claims that his prolonged detention violates his Fifth Amendment rights to substantive and procedural due process. Petitioner seeks release from custody, or in the alternative, an individualized bond hearing.

The Court will require Respondents to answer the Petition.

**IT IS ORDERED:**

(1) Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) is **denied without prejudice**.

(2) Counsel for Petitioner must immediately serve the Petition upon Respondents.

(3) If not already issued, the Clerk's Office must issue any properly completed summonses.

(4) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

---

[2] Petitioner presumes that his arrest was based on an outstanding warrant from Romania. He has no criminal history in the United States.

(5)   Respondents must answer the Petition within **twenty (20) days** of the date of service.  Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(6)   Petitioner may file a reply within **ten (10) days** from the date of service of the answer.

(7)   This matter is referred to Magistrate Judge Michael T. Morrissey pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 13th day of March, 2026.

_____
Honorable Steven P. Logan
United States District Judge

TERMPSREF

- 3 -